1   THEODORE J. BOUTROUS JR., SBN 132099
        tboutrous@gibsondunn.com
2   ABBEY HUDSON, SBN 266885
        ahudson@gibsondunn.com
3   GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
4   Los Angeles, CA  90071-3197
    Telephone:  213.229.7000
5   Facsimile:   213.229.7520

6   PETER S. MODLIN, SBN 151453
        pmodlin@gibsondunn.com
7   GIBSON, DUNN & CRUTCHER LLP
    555 Mission Street, Suite 3000
8   San Francisco, CA 94105-0921
    Telephone:  415.393.8200
9   Facsimile:   415.393.8306

10  THOMAS A. MANAKIDES, SBN 229119
        tmanakides@gibsondunn.com
11  JOSEPH D. EDMONDS, SBN 297984
        jedmonds@gibsondunn.com
12  GIBSON, DUNN & CRUTCHER LLP
    3161 Michelson Drive
13  Irvine, CA  92612-4412
    Telephone:  949.451.3800
14  Facsimile:   949.451.4220

15  PETER E. SELEY, *pro hac vice application to be submitted*
        pseley@gibsondunn.com
16  GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.
17  Washington, DC  20036-5306
    Telephone:  202.955.8500
18  Facsimile:   202.467.0539

19  Attorneys for Defendant THE BOEING COMPANY

20              UNITED STATES DISTRICT COURT

21             CENTRAL DISTRICT OF CALIFORNIA

22  GARY KAST; MONIQUE QUIGLEY;            CASE NO. 2:19-cv-10091
    ZEV KAST,
23                                          **NOTICE OF RELATED CASES**
                    Plaintiffs,
24
            v.
25
    SOUTHERN CALIFORNIA EDISON
26  COMPANY; EDISON
    INTERNATIONAL; BOEING
27  COMPANY; and DOES 1-100,

28                  Defendants.

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that pursuant to Central District of California, Local Rule 83-1.3, Defendant The Boeing Company advises the Court that the following actions listed below arise from the same or a closely related transaction, happening, or event.  The information required by Local Rule 83-1.3, is set forth below:

*Geoff Abadee, et al. v. Southern California Edison, et al.,* USDC – Central District Case No. 2:19-cv-01701, which had previously been filed in Los Angeles Superior Court as Case No. 19STCV02028, was removed to this Court on March 7, 2019.

*Greg Bashant, et al. v. Southern California Edison, et al.,* USDC – Central District Case No. 2:19-cv-01707, which had previously been filed in Los Angeles Superior Court as Case No. 18STCV06727, was removed to this court on March 7, 2019.

*Terri Baklayan, et al. v. Southern California Edison, et al.,* USDC – Central District Case No. 2:19-cv-06011, which had previously been filed in Los Angeles Superior Court as Case No. 19STCV18649, was removed to this Court on July 12, 2019.

*Andrew Von Oeyen et al. v. Southern California Edison et al.*, USDC – Central District Case No. 2:19-cv-03955, which had previously been filed in Los Angeles Superior Court as Case No. 19STCV04409, was removed to this Court on May 6, 2019.

Defendants Southern California Edison and Edison International are also defendants in the related action, and each case involves the same incident—a 2018 wildfire called the Woolsey Fire—and each case alleges similar claims.

1.    Accordingly, the cases meet the definition of related cases pursuant to Local Rule 83-1.3.

Gibson, Dunn &
Crutcher LLP

2

1    Dated:  November 26, 2019

2

3                                  GIBSON, DUNN & CRUTCHER LLP

4

5                                  By: */s/ Theodore J. Boutrous Jr.*
                                        Theodore J. Boutrous Jr.

6                                         Peter S. Modlin
                                        Peter E. Seley

7                                      Thomas A. Manakides
                                        Abbey Hudson

8                                      Joseph D. Edmonds

9                            Attorneys for Defendant THE BOEING
                           COMPANY (Erroneously sued as BOEING

10                           COMPANY)

11    103585043.2

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, Cynthia Martinez, declare as follows:

I am employed in the County of Orange, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, CA 92612, in said County and State.  On November 26, 2019, I served the following document(s):

**NOTICE OF RELATED CASES**

on the parties stated below, by the following means of service:

| | |
|---|---|
| Gary P. Kast<br>8618 Saloma Ave.<br>Panorama City, CA 91402<br>Tel  (818) 282-6108<br>E-Mail  garypkast@gmail.com<br><br>*Attorney for Plaintiffs* | Cristina E. Limon<br>2244 Walnut Grove Avenue<br>Rosemead, CA 91770<br><br>*Agent for Service of Process for Southern California Edison Company and Edison International* |

Douglas J. Dixon
Andrew K. Walsh
Jennifer Hayden
Hueston Hennigan LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014

*Attorneys for Southern California Edison Company and Edison International*

☑ **BY OVERNIGHT DELIVERY**:  On the above-mentioned date, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 26, 2019.

_____
Cynthia Martinez

103585043.2

Gibson, Dunn &
Crutcher LLP

4