UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV19-10091 JAK (KSx) | Date | January 15, 2020 |
|---|---|---|---|
| Title | Gary Kast et al v. Southern California Edison Company, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING DEFENDANTS SOUTHERN CALIFORNIA EDISON COMPANY AND EDISON INTERNATIONAL FOR LACK OF PROSECUTION (DKT. 21) JS-6**

An Order to Show Cause re Dismissal was filed on January 6, 2020 ordering Plaintiff either to: (i) respond in writing no later than January 13, 2020 as to why Defendants Southern California Edison Company and Edison International should not be dismissed for lack of prosecution; or (ii) serve the summons and complaint pursuant to Fed. R. Civ. P. 4(m). There has been no response filed to the Order to Show Cause, nor has a proof of service been filed indicating that the summons and complaint have been served on Defendants or their respective counsel. Therefore, the Court dismisses Defendants Southern California Edison Company and Edison International for lack of prosecution and failure to follow the Court's Order. Because Defendant Boeing Company has been dismissed without prejudice, this matter is closed.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |