UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GARY KAST; MONIQUE QUIGLEY; ZEV KAST, | No. 2:19-cv-10091-JAK-KS |
|---|---|
| Plaintiffs, | **ORDER RE *EX PARTE* MOTION TO REINSTATE REMOVED DISMISSED CASE AND TO REMAND TO ORIGINATING STATE COURT (DKT. 25)** |
| v. | |
| SOUTHERN CALIFORNIA EDISON COMPANY, *et al.*, | JS-5 (reinstated) |
| Defendants. | JS-6 (remanded) |

Based on a review of Plaintiffs' *Ex Parte* Motion to Reinstate Removed Dismissed Case and to Remand to Originating State Court (the "Motion" (Dkt. 25)), sufficient good cause has been shown for the requested relief. Therefore, the Motion is **GRANTED.** The above-captioned civil action is reinstated and remanded to the Los Angeles Superior Court.

**IT IS SO ORDERED.**

DATED: May 21, 2021

_____
John A. Kronstadt
United States District Judge